■ In the Matter of the Estate of LEO G. SEYBOLD, Deceased. AGNES SEYBOLD, Appellant; MANUFACTURERS & TRADERS TRUST Co., Respondent. [610 NYS2d 896] —Decree unanimously affirmed without costs for reasons stated in decision at Chautauqua County Surrogate's Court, Cass, Jr., S. (Appeal from Decree of Chautauqua County Surrogate's Court, Cass, Jr., S.—Probate Will.) Present—Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.